**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

SHERRY BERNICE MAXIE

Debtor

Chapter 13

Case No. 24-11968-KHK

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.  Trustee has previously filed a Motion to Dismiss in this case for Material Default.

**Violation of 11 U.S.C. §521(a)(4), §521(f)(4)** and **§1307(c)(6)** – Failure of the Debtor to provide copies of his federal and state income returns for the tax year 2025 to the Office of the Chapter 13 Trustee.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will

**Notice and Motion to Dismiss**
Sherry Bernice Maxie, Case #24-11968-KHK

receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on June 18, 2026 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _May 19, 2026_____          __/s/ Thomas P. Gorman_____
                                  Thomas P. Gorman
                                  Chapter 13 Trustee
                                  1414 Prince Street, Suite 202
                                  Alexandria, VA 22314
                                  (703) 836-2226
                                  VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of May, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Sherry Bernice Maxie            Suad Bektic
Chapter 13 Debtor               Attorney for Debtor
11264 Remington Road            New Day Legal
Bealeton, VA 22712              8500 Mayland Dr
                                Henrico, VA 23294

                                __/s/ Thomas P. Gorman_____
                                Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 05/19/2026

CASE NO: 24-11968-KHK

STATUS: BASE PLAN

DEBTOR: XXX-XX-9057

MAXIE, SHERRY BERNICE

AKA:

DATE FILED: 10/23/2024   11264 REMINGTON ROAD

CONFIRMED: 02/27/2026   BEALETON, VA 22712

LATEST 341: 11/19/2024

PERCENTAGE:    1.000

PLAN: 58 MONTHS

1st PAYMENT DUE: 11/2024

ON SCHEDULE:      11,548.00

ACTUAL PAYMENTS:   10,711.00

AMOUNT BEHIND:       837.00

ATTORNEY: NEW DAY LEGAL
NEW DAY LEGAL
8500 MAYLAND DR

HENRICO, VA 23294
Phone:804 997-7395 Fax: 888 612-0943

Needed to Complete Base:

BASE:        45,028.00
             34,317.00

SCHEDULE:        837.00 MONTHLY
TOTAL PAID:       10,711.00

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 05/11/26 | BILL PAYER | 837.00 |
| 04/16/26 | BILL PAYER | 837.00 |
| 03/05/26 | CC/NAVY FCU | 839.00 |
| 02/11/26 | MO | 836.00 |
| 12/31/25 | CC/NAVY FCU | 836.00 |
| 10/24/25 | MO | 837.00 |
| 09/29/25 | MO | 837.00 |
| 08/29/25 | MO | 787.00 |
| 08/29/25 | MO | 50.00 |
| 06/27/25 | CC/NAVY FCU | 787.00 |
| 06/05/25 | MO | 31.00 |
| 06/05/25 | MO | 500.00 |
| 05/20/25 | RETURNED FUNDS | (531.00) NSF |
| 05/16/25 | BILL PAYER | 531.00 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 317132 | CREDIT ACCEPTANCE CORPORATION | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 003 | 309918 | FOOTHILLS CREDIT UNION | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | PRI 100.00 | | 0.00 0.00 | 6,259.40 6,259.40 | 6,259.40 6,259.40 | 0.00 0.00 | 6,259.40 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS 1.00 | | 0.00 0.00 | 9,811.00 9,811.00 | 9,811.00 98.11 | 0.00 0.00 | 98.11 0.00 |
| 004 | 314458 | NAVY FEDERAL CREDIT UNION TBS | PRO-I | UNS 1.00 | | 0.00 0.00 | 592.26 0.00 | 0.00 0.00 | 0.00 0.00 | Closed |
| 005 | 354706 | SELENE FINANCE LP | FIX 04/2026 | SEC 100.00 | | 460.00 4,628.33 | 15,161.53 15,161.53 | 15,161.53 15,161.53 | 3,651.67 0.00 | 11,509.86 0.00 |
| 005A | 354706 | SELENE FINANCE LP | FIX 04/2026 | SEC 100.00 | | 108.00 1,086.66 | 3,561.07 3,561.07 | 3,561.07 3,561.07 | 857.34 0.00 | 2,703.73 0.00 |
| 006 | 342933 | ACCEPTANCE NOW | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 1,178.30 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 007 | 354920 | CAPITAL ONE | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 140.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 008 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 186.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 334877 | COMENITY BANK THE AVENUE | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 1,335.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 010 | LVNV | LVNV FUNDING LLC | PRO | UNS 1.00 | | 0.00 0.00 | 879.96 880.76 | 879.96 8.80 | 0.00 0.00 | 8.80 0.00 |
| 011 | 350953 | DRS. WOODSIDE & SENTZ | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 141.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 012 | 355229 | QUANTUM3 GROUP LLC | PRO | UNS 1.00 | | 0.00 0.00 | 991.85 987.00 | 991.85 9.92 | 0.00 0.00 | 9.92 0.00 |
| 013 | 350466 | INDIGO PLATINUM CARD | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 500.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 014 | LVNV | LVNV FUNDING LLC | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 881.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 015 | LVNV | LVNV FUNDING LLC | PRO | UNS 1.00 | | 0.00 0.00 | 9,874.67 1,258.00 | 9,874.67 98.75 | 0.00 0.00 | 98.75 0.00 |
| 016 | 314458 | NAVY FEDERAL CREDIT UNION | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 645.26 | 0.00 0.00 | 0.00 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court

by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                    Case Power® 14.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 05/19/2026

CASE NO: 24-11968-KHK

STATUS:  BASE PLAN

DEBTOR:  XXX-XX-9057

MAXIE, SHERRY BERNICE                                                    SCHEDULE:      837.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 017 | LVNV | LVNV FUNDING LLC | PRO | UNS | | 0.00 | 1,218.61 | 1,218.61 | 0.00 | 12.19 |
| | | | | 1.00 | | 0.00 | 1,258.61 | 12.19 | 0.00 | 0.00 |
| 018 | 348099 | NETCREDIT | PRO | UNS | | 0.00 | 0.00 | 0.00 | 0.00 | Not Filed |
| | | | | 1.00 | | 0.00 | 3,495.00 | 0.00 | 0.00 | |
| 019 | 345922 | ONEMAIN | PRO | UNS | | 0.00 | 0.00 | 0.00 | 0.00 | Not Filed |
| | | | | 1.00 | | 0.00 | 5,294.32 | 0.00 | 0.00 | |
| 020 | 348306 | PATIENT FIRST | PRO | UNS | | 0.00 | 514.59 | 514.59 | 0.00 | 5.15 |
| | | | | 1.00 | | 0.00 | 444.39 | 5.15 | 0.00 | 0.00 |
| 021 | 355144 | UVA HEALTH SERVICES / UNLISTED | PRO-A | UNS | | 0.00 | 587.00 | 587.00 | 0.00 | 5.87 |
| | | | | 1.00 | | 0.00 | 0.00 | 5.87 | 0.00 | 0.00 |
| 022 | 314458 | NAVY FEDERAL CREDIT UNION / UNLISTED | PRO-A | UNS | | 0.00 | 181.76 | 181.76 | 0.00 | 1.82 |
| | | | | 1.00 | | 0.00 | 0.00 | 1.82 | 0.00 | 0.00 |
| 023 | 352884 | QUANTUM3 GROUP LLC / UNLISTED | PRO-A | UNS | | 0.00 | 646.12 | 646.12 | 0.00 | 6.46 |
| | | | | 1.00 | | 0.00 | 0.00 | 6.46 | 0.00 | 0.00 |
| 799 | BEKTIC | NEW DAY LEGAL | PRO / 03/2026 | ATY / 100.00 | | 0.00 | 6,637.00 | 4,637.00 | 4,637.00 | 0.00 |
| | | | | | | 0.00 | 6,637.00 | 4,637.00 | 0.00 | 0.00 |
| | | Trustee Administrative Fees | | | | | | 793.32 | 793.32 | |
| | | | | TOTALS: | | 568.00 | 56,324.56 | 55,117.88 | 9,939.33 | 20,720.06 |
| | | | | | | 5,714.99 | 60,054.64 | 30,659.39 | 0.00 | 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 6,637.00 | 6,259.40 | 18,722.60 | 28,435.64 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 4,637.00 | 6,259.40 | 18,722.60 | 247.07 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 4,637.00 | 0.00 | 4,509.01 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 6,259.40 | 14,213.59 | 247.07 | 0.00 | DUE CREDITORS: | 20,720.06 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 1,972.92 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 771.67 |
| BALANCE DUE: | 0.00 | 0.00 | 6,259.40 | 14,213.59 | 247.07 | 0.00 | APPROX BALANCE: | 21,921.31 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                                    Case Power® 14.5